**Opinion issued October 23, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-14-00141-CV**

_____

**SOLOMON ADELAJA, Appellant**

**v.**

**TERESA RAMIREZ ADELAJA, Appellees**

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-15019**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. No opinion has issued. More than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1).  We dismiss all other pending motions as moot.


**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle